# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0289. THERIAN WIMBUSH v. OCONEE JUDICIAL CIRCUIT JUDGE H. FREDERICK MULLIS et al.

The Motion to Accept Out-of-Time Response filed by Oconee Judicial Circuit Judges Sarah F. Wall, C. Michael Johnson, and H. Frederick Mullis (retired) is GRANTED. Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 02/07/2018
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*